# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED OCTOBER 1, 2014

### NO. 03-14-00465-CR

**Texas Bonding Company, Appellant**

**v.**

**The State of Texas, Appellee**

**APPEAL FROM 368TH DISTRICT COURT OF WILLIAMSON COUNTY
BEFORE CHIEF JUSTICE JONES, JUSTICES ROSE AND GOODWIN
VACATED AND REMANDED ON JOINT MOTION -- OPINION BY JUSTICE ROSE**

This is an appeal from the judgment entered by the trial court. The parties have filed a "Joint Motion to Dismiss," and having considered the motion, the Court agrees that the parties are entitled to the requested relief. Therefore, the Court grants the requested relief, vacates the judgment without reference to the merits, and remands the cause to the trial court for rendition of judgment in accordance with the parties' Rule 11 settlement agreement. The appellant shall pay all costs relating to this appeal, both in this Court and the court below.